Commercial - Search

| | | | |
|---|---|---|---|
| **State of Louisiana Secretary of State** | | **COMMERCIAL DIVISION** | |
| | | **225.925.4704** | |
| | | **Fax Numbers** | |
| | | 225.932.5317 (Admin. Services) | |
| | | 225.932.5314 (Corporations) | |
| | | 225.932.5318 (UCC) | |



| **Name** | **Type** | **City** | **Status** |
|---|---|---|---|
| GERMAN COAST PROVISIONS, LLC | Limited Liability Company | NEW ORLEANS | Active |

**Previous Names**

| | |
|---|---|
| **Business:** | GERMAN COAST PROVISIONS, LLC |
| **Charter Number:** | 41842599K |
| **Registration Date:** | 4/7/2015 |

**Domicile Address**
4320 SOUTH ROMAN STREET
NEW ORLEANS, LA 70125

**Mailing Address**
4320 SOUTH ROMAN STREET
NEW ORLEANS, LA 70125

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 4/7/2015 |
| **Last Report Filed:** | 6/9/2023 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | MATTHEW MORELAND |
| **Address 1:** | 4320 SOUTH ROMAN STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |
| **Appointment Date:** | 4/7/2015 |

## Officer(s)    Additional Officers: No

| | |
|---|---|
| **Officer:** | JARRED ZERINGUE |
| **Title:** | Member |
| **Address 1:** | 834 ST PHILIP STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |

| | |
|---|---|
| **Officer:** | MATTHEW MORELAND |
| **Title:** | Member |
| **Address 1:** | 4320 SOUTH ROMAN STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |

## Amendments on File

**No Amendments on file**

[Print]

**EXHIBIT 2**