**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GERMAN COAST PROVISION, LLC,** | **CIVIL ACTION NO. 2:24-CV-00476** |
| ***Plaintiff*** | |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **NAUTILUS INSURANCE COMPANY,** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| ***Defendant*** | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the *Joint Motion to Dismiss with Prejudice,* R. Doc. 10:

**IT IS ORDERED** that the *Joint Motion to Dismiss with Prejudice,* is hereby **GRANTED**, and that Plaintiff, German Coast Provision, LLC's claims and causes of action against and Defendant Nautilus Insurance Company are dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 30th day of September, 2024.

Eldon E. Fallon

**UNITED STATES DISTRICT COURT JUDGE**
**HONORABLE ELDON E. FALLON**



PD.46771766.1